

**ALIBABA.COM, INC.**
Suite 326, 3979 Freedom Circle Drive, Santa Clara, California 95054, USA
Tel  1-408-748-1200   Fax  1-408-748-1218

United States Bankruptcy Court
District of Massachusetts
Harold Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608
USA

25 April 2008

BY FAX (+1-508-770-8958)
& BY COURIER

Dear Sirs,

Re: Autogrip, Inc., Debtor
David M. Nickless, Trustee v. Pioneer Industrial Corp. and Alibaba.com Inc.
Chapter 7 No.94-44675-HJB
Adv. Pro. No.08-04057

We refer to the Preliminary Injunction dated 16 April 2008 in the above matter.

Alibaba.com is an electronic commerce platform provided for buyers and sellers to exchange information. Members of Alibaba.com are entitled to advertise their products on the website. We do not engage in the direct sale or distribution of any of the products listed on our website. We are not a party to any transactions entered into between users of the website, on either the buying or the selling side, and we do not earn commissions on any sales transactions.

In relation to the orders made in the Preliminary Injunction, please note that we do not hold any property of the Defendant. Further as we are not a party to any of our members' transactions, we do not have in our possession information on transactions in which the Defendant has participated.

Yours faithfully,

Elsa Wong
Director
For and on behalf of Alibaba.com, Inc.

c.c.  Nickless and Phillips, PC
      625 Main Street
      Fitchburg, MA 01420
      (By Fax : +1-978-343-6383)